**Order entered September 26, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01018-CV

## IN RE ROCKHILL INSURANCE COMPANY, INTERNATIONAL INSURANCE COMPANY OF HANNOVER SE, ANTARES AUL 124, AND LIBERTY SYNDICATE LIB 4472 VIA PIONEER UNDERWRITING, Relators

**Original Proceeding from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-08647**

## ORDER
Before Justices Lang, Myers, and Whitehill

Based on the Court's opinion of this date we **GRANT** relators' motion to withdraw petition for writ of mandamus and **DISMISS** this proceeding. We **ORDER** relators to bear the costs, if any, of this original proceeding.


/s/    DOUGLAS S. LANG
        JUSTICE